UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

INTERNATIONAL SHIPHOLDING CORPORATION,       Case No. 16-12220 (DSJ)

                  Debtor.
-----------------------------------------------------------------x
ROBERT MICHAELSON, IN HIS CAPACITY AS
TRUSTEE OF THE INTERNATIONAL
SHIPHOLDING GUC TRUST,

                  Plaintiff,                          Adv. Proc. No. 18-1608 (DSJ)

     – against –

MMIF, LLC,

                  Defendant.
-----------------------------------------------------------------x

## ORDER CLOSING ADVERSARY PROCEEDING

     **WHEREAS**, the above-captioned proceeding was commenced on July 24, 2018; and

     **WHEREAS**, the case was reassigned to the undersigned on March 1, 2021; and

     **WHEREAS**, the Court, having reviewed the case management and electronic filing system for the United States Bankruptcy Court for the Southern District of New York, concludes that the above-captioned proceeding has been inactive for more than one year; and

     **WHEREAS**, on May 14, 2021, the Court entered an Order Directing Submission of Status Report [Adv. Pro. ECF No. 7], which directed Plaintiff's counsel to file a status letter; and

     **WHEREAS**, no status letter has been filed; and

     **IT IS HEREBY ORDERED THAT**:

     The above-captioned adversary proceeding is hereby dismissed.  The Clerk of the Court is

directed to close the above-captioned adversary proceeding in accordance with the Court's ruling.

Dated: New York, New York          *s/ David S. Jones*
     August 2, 2023             HONORABLE DAVID S. JONES
                                         UNITED STATES BANKRUPTCY JUDGE